**HEWEY, County Treasurer, et al. v. JACOB DOLD PACKING CO.**

(Circuit Court of Appeals, Eighth Circuit. October 25, 1920.)

No. 5443.

Appeal from the District Court of the United States for the District of Kansas; John C. Pollock, Judge.

Suit in equity by the Jacob Dold Packing Company against W. R. Hewey, County Treasurer of Sedgwick County, Kan., and others. Decree for complainant, and defendants appeal. Reversed and remanded for further proceedings.

Glenn Porter, of Wichita, Kan. (S. B. Amidon, D. M. Dale, S. A. Buckland, and H. W. Hart, all of Wichita, Kan., on the brief), for appellants.

C. H. Brooks, of Wichita, Kan. (J. D. Houston and Willard Brooks, both of Wichita, Kan., on the brief), for appellee.

Before HOOK and CARLAND, Circuit Judges, and TRIEBER, District Judge.

HOOK, Circuit Judge. This is a companion case to No. 5442, Hewey, County Treasurer, v. Cudahy Packing Co., 269 Fed. 21, just decided. In all

material respects the cases are alike, and the same conclusion follows in this as in the other.

The decree is reversed, and the cause is remanded for further proceedings in conformity with this opinion.